IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SOLIS,<br><br>         Plaintiff,<br><br>v.<br><br>C.M. HARRISON,<br><br>         Defendants.<br>_____/ | 1:12-cv-01481 GSA HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. #9) |

On September 28, 2012, Petitioner filed a motion seeking the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time insofar as the petition was dismissed on October 1, 2012. Accordingly, Petitioner's request for appointment of counsel is DENIED.

   IT IS SO ORDERED.

   **Dated:   October 9, 2012**           **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE